# EXHIBIT INDEX

Exhibit 1: Declaration of Mike Vawter

Exhibit 2: Agreement

Exhibit 3: May 10, 2021 Letter

Exhibit 4: Declaration of Emil Kim in Support of Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction