# EXHIBIT 3

EXHIBIT 3

Ahern Rentals, Inc. • 8350 Eastgate Road • Henderson, NV • 89015 • (702) 368-6793

May 10, 2021

***Via U.S. Mail***

JGR Equipment Rental & Sales, LLC
6350 Brookshire Blvd
Charlotte, NC 28216

**Re: Continuing Obligations to Ahern Rentals, Inc.**
*****AFFIRMATIVE RESPONSE REQUIRED*****

Dear Sir or Madam:

I am writing on behalf of Ahern Rentals, Inc. ("Ahern" or "Company"). It is my understanding that John Young recently took a position with JGR Equipment Rental & Sales, LLC ("JGR"). Please be advised that Mr. Young is under continuing contractual restrictions and obligations with respect to Ahern and its business, customers and clients, employees, and its records and business information.

Mr. Young entered into a Non-Competition, Non-Solicitation and Non-Disclosure Agreement ("Agreement") with Ahern on or about August 20, 2019. For your convenience, a copy of your Agreement is enclosed. This Agreement with Ahern imposes important legal obligations and restrictions upon Mr. Young. Section 6 of the Agreement specifically provides that Mr. Young agreed that these restrictions are fair and reasonably required for the protection of the Company's customer relationships, employees, confidential information, trade secrets, and goodwill.

Mr. Young's obligations as set forth in the Agreement prohibit him from: (1) working for a competitor of Ahern within a 100-mile radius of any of Ahern's stores in or for which Mr. Young performed services, or had management or sales responsibilities; (2) soliciting Ahern's customers; (3) soliciting Ahern's employees to leave their employment with Ahern; and (4) disclosing any of Ahern's Confidential Information or Trade Secrets that he has in his possession or control including material contained on any cell phone, computer, tablet, or in any other form. To the extent that Mr. Young remains in possession, care, custody or control of any of Ahern's property, materials, documents, and information, Mr. Young is directed to immediately return it.

Considering the serious nature of this matter, Ahern demands that JGR respond to this letter on or before **5:00 p.m. Pacific Time on Monday, May 17, 2021**, with the following representations and disclosures:

(1) that Mr. Young will fully comply with the terms of the Agreement;

(2) the position, assigned location(s), and job responsibilities with JGR;

(3) any measures JGR has put in place to ensure that Mr. Young is not violating the Agreement with Ahern.

Finally, please confirm in writing that JGR has not received or retained any documents or information reflecting Ahern's Confidential Information or Trade Secrets of any kind, in any form.

If you have any questions regarding this letter, immediately contact me at (702) 368-6793. I look forward to your prompt response.

**Please be advised that Ahern reserves its rights and remedies available at law or in equity regarding this matter without further notice.**

Very truly yours,

M. Sami Bakdash, Esq.
VP of Legal, General Counsel, & Corporate Secretary
Ahern Rentals, Inc.