1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

16 | AHERN RENTALS, INC.,

17 |                 Plaintiff,

18 | vs.

19 | JOHN MATTHEW YOUNG,

20 |                 Defendant.

21
22

Case No. 2:21-cv-02190-ART-BNW

**ORDER GRANTING (ECF No. 71)**

**STIPULATION TO EXTEND TIME FOR JOHN MATTHEW YOUNG TO RESPOND TO AHERN RENTALS, INC.'S MOTIONS FOR SUMMARY JUDGMENT (ECF NOS. 65 AND 68)**

**(FIRST REQUEST)**

23
24
25
26
27
28

Pursuant to LR IA 6-1, Defendant John Matthew Young ("Young"), through his counsel, and Plaintiff Ahern Rentals, Inc. ("Ahern"), through its counsel, stipulate and agree to extend the deadline of May 29, 2023 for Defendant Young to respond to Ahern's Motions for Summary Judgment (up to and including June 2, 2023). This is the first request for an extension concerning these deadlines. In support of this request, the Parties state as follows:

-1-

1. Ahern filed and served its Motion for Summary Judgment [ECF No. 65] on May 8, 2023 through the CM/ECF system.

2. Ahern also filed and served its Motion for Summary Judgment on Young's Claims [ECF No. 68] on May 8, 2023 through the CM/ECF system.

3. The current deadline for Young to respond to ECF Nos. 65 and 68 is May 30, 2023.[1]

4. Due to the upcoming Memorial Day holiday and a family commitment that will keep Young's counsel out of the office all day on Tuesday, May 30, 2023, Young's counsel requested that the deadline for Young to respond to these motions be extended up to and including Friday, June 2, 2023. Ahern's counsel has agreed to this request.

5. The parties stipulate and agree that the deadline for Young to respond to ECF Nos. 65 and 68 shall be extended up to and including June 2, 2023.

6. There is good cause to permit the foregoing extensions, and they are not sought for any improper purpose or to create delay. The extensions are requested to accommodate the Memorial Day holiday and Young's counsel's family commitment.

Respectfully submitted,

DATED this 24th day of May, 2023.

                                      RICE REUTHER SULLIVAN & CARROLL, LLP

                                      By: /s/ Anthony J. DiRaimondo
                                              David A. Carroll, Esq. (NSB #7643)
                                              Anthony J. DiRaimondo, Esq. (NSB #10875)
                                              Robert E. Opdyke, Esq. (NSB #12841)
                                              3800 Howard Hughes Parkway, Suite 1200
                                              Las Vegas, Nevada 89169
                                              -and-
                                              Brandon Gaskins, Esq. (*Pro Hac Vice*)
                                              MOORE & VAN ALLEN
                                              78 Wentworth Street
                                              Charleston, South Carolina 29401

                                              *Attorneys for Defendant John Matthew Young*

---

[1] Monday, May 29, 2023 is Memorial Day (federal holiday).

DATED this 24th day of May, 2023

        LITTLER MENDELSON P.C.

        By: /s/ Patrick H. Hicks
            Patrick H. Hicks, Esq. (NSB #004632)
            Emil S. Kim, Esq. (NSB #14894)
            Kelsey Stegall, Esq. (NSB # 14279)
            3960 Howard Hughes Parkway, Suite 300
            Las Vegas, NV 89169

        *Attorneys for Plaintiff Ahern Rentals, Inc.*

## ORDER

IT IS ORDERED that the parties stipulation to Extend Time for John Matthew Young to Respond to Ahern Rentals, Inc's Motion for Summary Judgment (ECF Nos. 65 and 68) is granted *nunc pro tunc*.

IT IS SO ORDERED.

DATED: October 19, 2023.

                                            Anne R. Traum
                                            United States District Judge