D. Lee Roberts, Jr., Esq.
Nevada Bar No. 8877
lroberts@wwhgd.com
Trisha R. Delos Santos, Esq.
Nevada Bar No. 15902
tdelossantos@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Defendant*
*AHERN RENTALS, INC.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AHERN RENTALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN MATTHEW YOUNG, <br><br> Defendant. | Case No.: 2:21-cv-02190-JAD-BNW <br><br> **SUBSTITUTION OF COUNSEL** |

Defendant AHERN RENTALS, INC. hereby substitutes D. Lee Roberts, Jr., Esq., and Trisha R. Delos Santos, Esq. of the law firm of WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC, located at 6385 South Rainbow Blvd., Suite 400, Las Vegas, Nevada 89118 and having telephone number (702) 938-3838, as its retained attorneys of record in place and stead of Patrick H. Hicks, Esq. of LITTLER MENDELSON, PC.

DATED this 10th day of May 2024.      AHERN RENTALS, INC.

Signature: _/s/ Cory Rosencranse_

By:   Cory Rosencranse
      *(Print Name)*

Title:   Chief Executive Officer

I consent to the above substitution.

DATED this 10th day of May, 2024.

        /s/ Patrick H. Hicks
        Patrick H. Hicks, Esq.
        LITTLER MENDELSON, P.C.

We are duly admitted to practice in this District and accept the above substitution.

DATED this 10th day of May, 2024.

        /s/ D. Lee Roberts, Jr.
        D. Lee Roberts, Jr., Esq.

        /s/ Trisha R. Delos Santos
        Trisha R. Delos Santos, Esq.

        WEINBERG, WHEELER, HUDGINS,
          GUNN & DIAL, LLC
        6385 South Rainbow Blvd., Suite 400
        Las Vegas, Nevada 89118
        *Attorneys for Defendant*
        *AHERN RENTALS, INC.*

APPROVED:

DATED: May 13, 2024

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, and that on the 10th day of May, 2024, I served a true and correct copy of the foregoing **SUBSTITUTION OF COUNSEL** by e-service, in accordance with the Electronic Filing Procedures of the United States District Court, to the following:

Sarah H. Negus
Brandon Gaskins
Taylor P. Festa
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Floor 47
Charlotte, NC  28202-4003

*Attorneys for Defendant*

PATRICK H. HICKS, ESQ.
LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937

*Attorneys for Defendant
Ahern Rentals, Inc.*

/s/ Kelly L. Pierce
An employee of WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC