Brandon Gaskins, Esq. (*Pro Hac Vice*)
MOORE & VAN ALLEN
78 Wentworth Street
Charleston, South Carolina 29401
gaskinsb@mvalaw.com

-and-

David A. Carroll, Esq. (NSB #7643)
dcarroll@rrsc-law.com
Anthony J. DiRaimondo, Esq. (NSB #10875)
adiraimondo@rrsc-law.com
Robert E. Opdyke, Esq. (NSB #12841)
ropdyke@rrsc-law.com
**RICE REUTHER SULLIVAN & CARROLL, LLP**
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099
Facsimile: (702) 732-7110
*Attorneys for Defendant John Matthew Young*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AHERN RENTALS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN MATTHEW YOUNG,<br><br>Defendant. | Case No. 2:21-cv-02190-ART-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE**<br><br>**(FIRST REQUEST)** |

Plaintiff Ahern Rentals, Inc. ("Ahern") and Defendant John Matthew Young ("Young") hereby stipulate and agree to continue the Settlement Conference presently scheduled for June 21, 2024 beginning at 10:00 a.m. PST. In support of this request, the parties state as follows:

1.  The parties received the Order Scheduling Settlement Conference on March 20, 2024 (ECF No. 99).

-1-

2. Ahern's counsel was substituted from the firm of Littler Mendelson, PC to the firm of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC by Substitution of Counsel filed on May 13, 2024 (ECF No. 102).

3. Young's lead counsel, Brandon Gaskins, Esq., was recently associated in a pending case in South Carolina involving multiple parties in which a deposition has been previously scheduled for the same date as the Settlement Conference. It is Young's counsel's understanding that the deposition was difficult to get scheduled given the number of parties and attorneys involved in that case. This scheduling conflict would preclude Mr. Gaskins from participating in the Settlement Conference. As lead counsel, his participation is necessary for a meaningful Settlement Conference to take place.

4. As a result of the above, Ahern and Young respectfully request that the Court continue the Settlement Conference to a future date and time to allow him to participate in the deposition scheduled in the South Carolina action to avoid inconveniencing the attorneys and parties involved in that action.

5. Also, Ahern and Young's respective counsel recently have had discussions regarding possible resolution of the case, and a continuance will provide additional time for the parties to continue settlement discussions in the hope of reaching a resolution without the time and expense of a Settlement Conference. Accordingly, granting this continuance is in furtherance of the interests of judicial economy.

6. Based on the dates currently available for a rescheduled Settlement Conference as provided by the Court, the parties and their counsel are available on October 4, 9, 11, and 16, 2024.

7. Young's counsel has consulted with Ahern's counsel, and Ahern's counsel has consented to the requested continuance.

8. As such, good cause exists to permit the continuance, and Ahern and Young seek this continuance in good faith, and this request is not made for any improper purpose or to create delay.

Dated: June 20, 2024

Respectfully submitted,

/s/ Anthony J. DiRaimondo
David A. Carroll, Esq. (NSB #7643)
Anthony J. DiRaimondo, Esq. (NSB #10875)
Robert E. Opdyke, Esq. (NSB #12841)
Rice Reuther Sullivan & Carroll, LLP
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169

-and-

Brandon Gaskins, Esq. (*Pro Hac Vice*)
MOORE & VAN ALLEN
78 Wentworth Street
Charleston, South Carolina 29401

*Attorneys for Defendant John Matthew Young*

Dated: June 20, 2024

Respectfully submitted,

/s/ D. Lee Roberts
D. Lee Roberts, Jr. (NSB #8877)
Trisha R. Delos Santos (NSB #15902)
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
6385 South Rainbow Blvd, Suite 400
Las Vegas, Nevada 89118

*Attorneys for Plaintiff Ahern Rentals, Inc.*

**ORDER**

The settlement conference is continued to October 9, 2024, at 10:00 a.m. The pre-settlement conference is continued to October 8, 2024, at 3:00 p.m. Updated written evaluations are due October 2, 2024, at 4:00 p.m.

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

Dated: June 21, 2024

-3-