1
2
3
4
5
6
7
8
9               UNITED STATES DISTRICT COURT
10                    DISTRICT OF NEVADA
11  AHERN RENTALS, INC.,                | Case No.:    2:21-cv-02190-ART-BNW
12              Plaintiff,
13        v.                            | **ORDER GRANTING**
14  JOHN MATTHEW YOUNG,                 | **STIPULATION FOR**
                                        | **DISMISSAL WITH PREJUDICE**
15              Defendant.
16
17  / / /
18
19  / / /
20
21  / / /
22
23  / / /
24
25  / / /
26
27  / / /
28  / / /

1    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, AHERN
2 RENTALS, INC., and Defendant, JOHN MATTHEW YOUNG, by and through their respective
3 attorneys of record, pursuant to FED. R. CIV. P. 41, that the above-captioned action and any and
4 all claims asserted in said action are hereby **DISMISSED WITH PREJUDICE**, with each party
5 to bear their own attorneys' fees and costs.

7 DATED this 6th day of June, 2025.                    DATED this 6th day of June, 2025.

9 */s/ Trisha R. Delos Santos*                         */s/ Brandon Gaskins*
  D. Lee Roberts, Jr., Esq.                            Brandon Gaskins, Esq.
10 Trisha R. Delos Santos, Esq.                        MOORE & VAN ALLEN
  WEINBERG, WHEELER, HUDGINS,                          78 Wentworth Street
11   GUNN & DIAL, LLC                                  Charleston, South Carolina 29401
  6385 South Rainbow Blvd., Suite 400                  *Attorneys for Defendant John Matthew*
12 Las Vegas, Nevada 89118                             *Young*
  *Attorneys for Plaintiff AHERN*
13 *RENTALS, INC.*

15                                                     **ORDER**

16                                                     **IT IS SO ORDERED.**

18                                                     _____
                                                       ANNE R. TRAUM
19                                                     UNITED STATES DISTRICT JUDGE

20                                                     DATED: June 6, 2025