UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AHERN RENTALS, INC.,<br><br>　　　　　　　Plaintiff,<br>v.<br>JOHN MATTHEW YOUNG,<br><br>　　　　　　　Defendant. | Case No. 2:21-cv-02190-ART-BNW<br><br>**ORDER TO RELEASE BOND** |

Before the Court is Plaintiff's motion for release of security bond (ECF No. 112). On December 27, 2021, Plaintiff posted a cash deposit in the amount of $200.00 in support of its temporary restraining order. (ECF No. 17.) On June 9, 2025, the Court granted the parties' stipulation for dismissal with prejudice. (ECF No. 111.)

As the matter is now concluded, the Court will refund $200.00, plus interest, to Weinberg, Wheeler, Hudgins, Gun, & Dial, LLC at 6385 S. Rainbow Blvd. Suite 400, Las Vegas, NV 89118.

Plaintiff's motion for release of security bond (ECF No. 112) is GRANTED.

DATED: August 15, 2025

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1